# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Kristopher M. Darmer

v.                                    Case Number: 4:22–cv–01196

The Lincoln National Life Insurance
Company

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Christina A Bryan**

**LOCATION:**
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/15/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   May 26, 2022                       Nathan Ochsner, Clerk