**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Kristopher M. Darmer

v.                                                    Case Number: 4:22–cv–01196

The Lincoln National Life Insurance
Company

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Christina A Bryan**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/15/2022

**TIME:** 09:45 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   August 8, 2022                                    Nathan Ochsner, Clerk