**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KRISTOPHER MICHAEL DARMER,** | ) | |
| **As representative of the Estate of** | ) | |
| **Stephanie Darmer,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv01196** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Kristopher Michael Darmer and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 6th day of March 2023.

Respectfully submitted,

By:    /s/ Madison Tate Donaldson (w/permission) 
     Marc S. Whitehead, Attorney-in-Charge
        State Bar of Texas No. 00785238
        S.D. of Texas Bar No. 15465
        Email:  marc@marcwhitehead.com
     Madison Tate Donaldson
        State Bar of Texas No. 24083158
        S.D. of Texas Bar No. 2621983
        Email:  madison@marcwhitehead.com
     J. Anthony Vessel
        State Bar of Texas No. 24084019
        S.D. of Texas Bar No. 1692384
        Email:  anthony@marcwhiteheac.com
     Britney Anne Heath McDonald
        State Bar of Texas No. 24083158
        S.D. of Texas Bar No. 2621983
        Email:  britney@marcwhitehead.com
     Selina Valdez
        State Bar of Texas No. 24121872
        S.D. of Texas Bar No. 3633062
        Email:  selina@marcwhitehead.com
     MARC WHITEHEAD & ASSOCIATES
     403 Heights Boulevard
     Houston, Texas 77007
     PH:  (713) 228-8888
     FX:  (713) 225-0940
     Email:  madison@marcwhitehead.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By:    /s/ Iwana Rademaekers 
     Iwana Rademaekers
     State Bar of Texas No. 16452560
     S.D. of Texas No. 22781
     LAW OFFICES OF IWANA
     RADEMAEKERS, P.C.
     17304 Preston Road, Suite 800
     Dallas, Texas 75252
     Main:  (214) 579-9319
     Fax:  (469) 444-6456
     Email:  iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT